RECEIVED
USDC CLERK, COLUMBIA, SC
2025 FEB 24  AM 12:34

Craig Ninja Antonio Brewton
#109131
Spartanburg County DC
950 California Ave
Spartanburg, SC 29303

Dear Clerk of Court or Judge:

I would like to file this complaint and application to a new case and case number. I would like my payment to go towards this new one since I have there full names. This new case right here in this packet is needed to proceed in AO440 about a incident that occured Sept 19 2022 causing injuries. My payment has already been sent. I have filed complaints and was called a liar and have not went to court to discuss the issues. If you have recieved my payment and it is not being used can you please put it with this complaint because in Spartanburg SC they don't answer complaints in court and I would like some answers of why I couldn't go to a jury trial that was set on Feb 12 2024. Could you please send me back a response to let me know if my payment was recieved. Please?