Jury Trial Demanded

By Myer Antonio fitz Craig Mayo Antonio Breton                                Jan 19 25

On September 19 2022 I was injured by the Spartanburg County Sheriff's in Spartanburg SC early morning. The injuries that occured was a dislocated right shoulder, broken arm, broken rotator cuff, and a broken neck wing vertebrae. I was tased 3 or 4 times an put in an illegal deadly chockhold cutting off my breathing injuring my neck also. I told Matthew C Smith who I was first and that I was not Marcus Barlow. Mr Smith got in his vehicle looked my picture up after I told him I was driving Mr Barlow's car. Mr Smith told me he was looking for Marcus and I told him I dropped him off at work and that he was not in his house. His backup called me a liar and called me Marcus. Then Mr Smith told me he smelled weed which is not a crime and I had none. I asked to see the warrant an the unknown officer with the paper told me that they had a Search Warrant and lied to me. I asked to see the warrant after he asked to search Marcus's home. I told them no, that Marcus was not home and that the home was not mine. I reached for the paper to read after the Deputy quickly flashed it to me, then he smacked my hand, told me I'm in control now, poked out his chest angry, and clenched his fists ready to assault me. I got assaulted and was so afraid so I tried to walk to the car then they didn't let me get in the car. So I was already detained acting civilized talking to the officers. Three deputies surrounded me angry acting in a violent way then Mr. Smith told them to get me after Mr. Smith asked for my Identification. I patted my pocket to see if I had my ID an I didn't and Mr. Smith told me "Don't You Reach" very loudly grabbing his gun along with the Deputies. I saw the guns and a hop led to a run, then ran because of the George Floyd, Tyrie Nichols, Breanna Taylor, and Jeffery Dahmer stories and incidents. They all had just died from police conduct and I felt scared an intimidated. I ran an was captured and was injured put in an arm

B                              Cer Ninja Antonio Acton                              Jan 19 25

bar move used in UFC and a knee or foot was placed on my neck strangling me leaving me unable to breath. I told him I couldn't breath an he did not stop immediately and I felt more force. I passed out multiple times seeing the Lord Jesus Christ bright lights. My handcuffs were very extremely tight after I asked numerous times for him to loosen them on the highway, before I got in his car, at the hospital, and at jail. My arm was dislocated down to my ribs and the hospital officers told me nothing was wrong with me that I was faking. I was at the hospital in pain an the officers wouldn't take the cuffs off or loosen them. So I asked to hurry up to go to jail so that I can get the cuffs off ASAP. Mr. Smith and his officers have shown a misfesance performance injuring me and breaking into Mr. Barclow's home taking money and guns that was not reported until I got a lawyer without a search warrant. The officers used an arrest method with a warrant like on "Training Day" starring Denzel Washington to strong arm break into his house an my safe an safe box. I was lied to about a search warrant on I got scared of being shot like any other black man in America. Under the color of state and local law the officer used excessive force and I was injured. Along with Christopher Rojas illegal search of Mr Barclows home without him being there and perjury lying in the police report about Marcus being on the scene to go in his house saying he fled. This shows proof that they thought I was Marcus or wanted to corruptly capture me. All these officers shall be liable to the party (Me) injured an lose immunity when they violated clearly established rights. Rights like excessive force, illegal search/siezure were violated with very extremely tight handcuffs causing residual permanent impairment tearing my rotator cuff grossly causing more pain and suffering,

*Craig Ninja Antonio Smith*    Jan 19 25

I asked and begged and pleaded to fix the cuffs but, I was not heard. Policy or Custom allows the deputy to loosen up the handcuffs if hurting cutting in the skin and also move the cuffs to the front if injured. Mr Smith also pointed a gun using an showing excessive force when I got out on bail arrested again for the same incident when I had no gun also putting my life in Double Jeopardy. The second time arrested they did get a search warrant. Can I get my neckbrace back for my pain at least? Are the Sheriff's state officials? I would like for everyone involved to be able to keep there jobs but lose some pensions. While detained in BMU in disciplinary with no phone calls, pencils, or kiosk access this has interfered with my case and I should be allowed an extention because of interfering with my case and being locked up for a year to interfere with my rights. I have been on disciplinary lockdown for more than 85% of my year being detained to silence me and my rights. I am asking the judge that I be allowed a 6 month extention since my rights have been trampled on and still are being violated. I have filed complaints and the sheriffs have tried to say that I lied on that I'm incompetent to dismiss my claims. The complaints should have froze my place and froze my limitations for my rights on my ability to fight for my freedom. I have lost my health and my mother to these harassing moments. My mom has been tazed out of her mind and is very sick mentally in need of her son to help her get back healthy also instead of jail. I was also touched improperly during the search of my body. Chuck Wright also has violated my equal protection clause not protecting my bodily injuries

CB                  Trey Ninja Antonio Senter                    1/20/25

Sheriff Chuck Wright under the state or local law has shown patterns of practice developed and maintained policies or customs exhibiting deliberate indifference to constitutional rights. Policy and or custom of Wright to "inadequetly and improperly" investigate citizen complaints on police misconduct, and Sheriff Wright instead tolerated the acts of misconduct. The city has a policy or custom of permitting officers to use excessive force against people. The city failed to properly train, investigate, supervise, and discipline its employees regarding rights under 4th, 8th, and 14th amendments of the constitution of the United States of America. Chuck Wright and all his officers have shown grossly excessive punishment. They all have shown a pattern of officers using excessive force on people. I have had residual permanent impairment to my body turning blind eyes to my situation, there should be no qualified immunity. All of these officers have had a racial injustise motive for my assaults/beating to change my life for the better or worst. Cathy White and her employees have also under the state or local law has shown negligence denying me medical for my injuries making me sit in jail injured an hurt. Cathy White also denied me medical her an the nursing staff violating my equal protection clause because of me being a black strong male. Living with a broken neck and body parts is torture an the pain is unbearable to live like a regular person. This pain that I have hurts when I move an even when I sleep. No one should be injured and put in a jail cell like a dog without professional help from a hospital not even an animal.